UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Tony Clarence Hyman Jr.**                                **Docket No. 5:22-CR-69-1M**

### Petition for Action on Supervised Release

COMES NOW Quanda L. Lunsford, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Tony Clarence Hyman Jr., who, upon guilty plea to Possession of Firearms by a Felon, in violation of 18 U.S.C. §§ 922(g)(1) and 924, was sentenced by the Honorable Richard E. Myers II, Chief United States District Judge, on March 2, 2023, to the custody of the Bureau of Prisons for a term of 37 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months.

Tony Clarence Hyman Jr. was released from custody on May 2, 2025, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

The defendant was previously convicted of Attempted Statutory Rape (05CR051255) in Edgecombe County Superior Court, Tarboro, North Carolina. Due to the defendant's previous sex offense conviction, the probation office requests the following condition be added. The probation office would request this modification to determine if any treatment or further conditions may be appropriate or necessary to ensure public safety. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate in a psycho-sexual evaluation by a qualified mental health professional who is experienced in evaluating sexual offenders and who is approved by the U.S. Probation Officer.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,

/s/ Maurice J. Foy
Maurice J. Foy
Supervising U.S. Probation Officer

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Quanda L. Lunsford
Quanda L. Lunsford
U.S. Probation Officer
310 New Bern Avenue, Room 610
Raleigh, NC 27601-1441
Phone: 919-861-8801
Executed On: August 8, 2025

Tony Clarence Hyman Jr.
Docket No. 5:22-CR-69-1M
Petition For Action
Page 2

## ORDER OF THE COURT

Considered and ordered this ___8th___ day of ___August___, 2025 and ordered filed and made a part of the records in the above case.

_Richard E. Myers II_
Richard E. Myers II
Chief United States District Judge